

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Jerry Lee Sanders

No. 06-22-00004-CV

Original Prohibition Proceeding

Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.  *Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED JANUARY 26, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk